No. 982. PURE OIL Co. *v.* PETROLITE CORPORATION, LTD. March 10, 1947. Petition for writ of certiorari to

the Circuit Court of Appeals for the Fifth Circuit denied. *David T. Searls* for petitioner. *Leonard S. Lyon* for respondent.